```
BUHHG            *         PUBLIC INFORMATION          *      03-23-2021
PAGE 001         *             INMATE DATA             *      08:10:12
                            AS OF 03-23-2021
```

REGNO..: 64949-056 NAME: HARPER, TEREK

```
                    RESP OF: FTD
                    PHONE..: 609-723-1100   FAX: 609-724-7557
                                            RACE/SEX...: BLACK / MALE
                                            AGE:  36
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 07-03-2024                     PAR HEAR DT:
```

GOVERNMENT EXHIBIT 3

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 64949-056 NAME: HARPER, TEREK

                  RESP OF: FTD
                  PHONE..: 609-723-1100   FAX: 609-724-7557
HOME DETENTION ELIGIBILITY DATE: 01-03-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-03-2024 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: NORTH CAROLINA, EASTERN DISTRICT
DOCKET NUMBER..................: 7:18-CR-94-2-D
JUDGE..........................: DEVER
DATE SENTENCED/PROBATION IMPOSED: 04-01-2019
DATE COMMITTED.................: 05-21-2019
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $200.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT
 OFF/CHG: 21:846,21:841(B)(1)(B) CONSPIRACY TO DISTRIBUTE AND POSSESS
          WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF HEROIN
          21:841(A)(1),21:841(B)(1)(C) POSSESSION WITH INTENT TO
          DISTRIBUTE A QUANTITY OF HEROIN

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     87 MONTHS
  TERM OF SUPERVISION............:      5 YEARS
  DATE OF OFFENSE................: 04-05-2018




G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 64949-056 NAME: HARPER, TEREK

```
                  RESP OF: FTD
                    PHONE..: 609-723-1100   FAX: 609-724-7557
      -------------------------CURRENT COMPUTATION NO: 010 -------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 07-30-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-06-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 04-01-2019
TOTAL TERM IN EFFECT............:    87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 04-05-2018

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    07-26-2016   07-27-2016
                                    04-05-2018   03-31-2019

TOTAL PRIOR CREDIT TIME.........: 363
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 364
TOTAL GCT EARNED................: 81
STATUTORY RELEASE DATE PROJECTED: 07-03-2024
ELDERLY OFFENDER TWO THIRDS DATE: 02-01-2023
EXPIRATION FULL TERM DATE.......: 07-02-2025
TIME SERVED.....................:     2 YEARS     11 MONTHS     21 DAYS
PERCENTAGE OF FULL TERM SERVED..:  41.0
PERCENT OF STATUTORY TERM SERVED:  47.5

PROJECTED SATISFACTION DATE.....: 07-03-2024
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE