IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-cr-00094-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TEREK HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's motion to seal the United States' Exhibit 1, [D.E. 210], filed with its response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal Docket Entry 210, the United States' Exhibit 1 filed with its response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 22 day of April, 2021.

JAMES C. DEVER III
United States District Judge