IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-cr-00094-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TEREK HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's motion to seal its response in opposition to Defendant's motion for compassionate release and Exhibit 1 attached thereto. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the United States' response in opposition to Defendant's motion for compassionate release and Exhibit 1 attached thereto.

SO ORDERED this __8__ day of August, 2022.

JAMES C. DEVER III
United States District Judge