IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-94-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TEREK HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's letter about a federal detainer [D.E. 265] not later than October 28, 2022.

SO ORDERED. This 8 day of October, 2022.

JAMES C. DEVER III
United States District Judge