IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-94-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TEREK HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's latest pro se motion for compassionate release [D.E. 317] and motion to expedite. Cf. [D.E. 217, 253, 272].

SO ORDERED. This 10 day of September, 2026.

JAMES C. DEVER III
United States District Judge