UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CR-00094-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| TEREK HARPER | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 332 and its exhibits, which is Defendant's Memorandum in Support of his Motion for Compassionate Release. For good cause shown, Defendant's motion is GRANTED.

The Clerk of Court is DIRECTED to seal Docket Entry 332.

This 23 day of November, 2026.

J. Dever

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE